339 A.2d 759
**In re William FALONE.**

**Appeal of COMMONWEALTH.**

Supreme Court of Pennsylvania.

Argued May 8, 1975.

Decided July 7, 1975.

Walter M. Phillips, Jr., Deputy Atty. Gen., Peter Noel Duhamel, Asst. Atty. Gen., Philadelphia, for appellant.

Herbert K. Fisher, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

### OPINION OF THE COURT

PER CURIAM.

The order of the Superior Court is reversed. The order of the Court of Common Pleas of Philadelphia finding appellee in contempt of court is reinstated. Opinions to follow.

MANDERINO, J., did not participate in the consideration or decision of this case.